# UNITED STATES DISTRICT COURT
for the

HELENA DIVISION     DISTRICT OF MONTANA

| | |
|---|---|
| HELENA SCHOOL DISTRICT #1 *Plaintiff* <br> v. <br> YELLOWSTONE PIPELINE COMPANY, a Delaware corporation, and CONOCO PHILLIPS PIPELINE COMPANY, a Delaware corporation *Defendant* | ) ) ) ) ) ) ) Civil Action No.   CV-09-21-H-DWM |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

✓ decided by Judge   Honorable Donald W. Molloy   on a motion for Summary Judgment Against Helena School District No. 1 is GRANTED.  IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment Against City of Helena (dkt #29) is DENIED as moot.

Date:  Aug 10, 2010                                               *CLERK OF COURT*

                                                                   /s/ Heidi Gauthier
                                                                   *Signature of Clerk or Deputy Clerk*